

### CITATION TO ACCOMPANY THE AWARD OF

# THE DEFENSE MERITORIOUS SERVICE MEDAL

### TO

## TERRY S. MORRIS

*Captain Terry S. Morris, United States Navy, distinguished himself by exceptionally meritorious service as Battlespace Awareness Division Lead while assigned to the Capabilities Solutions Group, Joint Concept Development and Experimentation Directorate, U.S. Joint Forces Command from April 2009 to February 2011. Captain Morris' leadership, initiative and uncompromising standards significantly contributed to the Joint Concept Development and Experimentation Directorate's ability to execute a diverse set of experimentation projects addressing the most pressing problems facing the joint force. As the Battlespace Awareness Division Lead, he was responsible for introducing the operational area's environment, factors and conditions into joint experimentation. The projects under his supervision provided solutions that delivered measured improvements in joint persistent surveillance, counter intelligence/human intelligence information sharing and integrated conventional command and control and standoff detection for the interdiction of nuclear weapons. Additionally, he completed a detailed review of the countering weapons of mass destruction mission set which provided recommendations for a global, whole-of-government focused concept to better coordinate policy formation, strategy development, guidance and alignment of resources. These efforts have directly contributed to the advancement of capabilities across the Department of Defense against the unconventional use of nuclear weapons. Through his distinctive accomplishments, Captain Morris reflected great credit upon himself, the United States Navy and the Department of Defense.*



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
PRIVACY SENSITIVE



# Naval Air Force Atlantic

The President of the United States takes pleasure in presenting the **LEGION OF MERIT** to

**CAPTAIN TERRY S. MORRIS**
**UNITED STATES NAVY**

for service as set forth in the following

CITATION:

    For exceptionally meritorious conduct in the performance of outstanding service as Commander, Carrier Air Wing SEVEN from December 2012 to June 2014. Captain Morris' steadfast leadership and innovative vision were directly responsible for the tremendous success of Carrier Air Wing SEVEN through two combat deployments in support of Operation ENDURING FREEDOM. His expertise in planning combined with a pragmatic approach to problem-solving were crucial to the forging of eight diverse aviation commands into a combat ready team that expertly applied kinetic fires and non-kinetic support, including 54 direct attacks that saved the lives of countless American and Coalition forces engaged in combat against a determined enemy. Additionally, his squadrons received numerous accolades during 2012 and 2013 to include three Commander, Naval Air Force, Atlantic Battle Efficiency awards, two Chief of Naval Operations Safety "S" selections, the Naval Safety Center Grandpaw Pettibone award and exclusive "Best in the Navy" recognition which included the Secretary of the Navy Safety Excellence, Rear Admiral C. Wade McClusky and Rear Admiral Frank Akers awards, and the Captain Arnold J. Isbell Trophy. Furthermore, as a direct result of his inspiring leadership and emphasis on teamwork, Commander, Carrier Air Wing SEVEN and USS DWIGHT D. EISENHOWER (CVN 69) were selected for their fourth Rear Admiral James "Jigdog" Ramage Award for combined Carrier and Air Wing excellence in teamwork, integration and combat operations. By his dynamic direction, keen judgment and loyal devotion to duty, Captain Morris reflected great credit upon himself and upheld the highest traditions of the United States Naval Service.

For the President,

T. M. SHOEMAKER
Rear Admiral, U.S. Navy
Commander, Naval Air Force, Atlantic

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
PRIVACY SENSITIVE

OFFICIAL RECORD COPY



# THE UNITED STATES OF AMERICA

### THIS IS TO CERTIFY THAT
### THE PRESIDENT OF THE UNITED STATES OF AMERICA
### HAS AWARDED THE

# LEGION OF MERIT

### TO
**CAPTAIN TERRY S. MORRIS**
**UNITED STATES NAVY**

### FOR
### EXCEPTIONALLY MERITORIOUS CONDUCT
### IN THE PERFORMANCE OF OUTSTANDING SERVICES

GIVEN THIS        12TH        DAY OF        JUNE   2014



For the   SECRETARY OF THE NAVY
**T. M. SHOEMAKER**
**Rear Admiral, U.S. Navy**
**Commander, Naval Air Force, Atlantic**

NAVPERS 1650/13, REV. (12-99)

BUREAU OF ENGRAVING AND PRINTING

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



# COMMANDER CARRIER STRIKE GROUP TWELVE

The President of the United States takes pleasure in presenting the
**MERITORIOUS SERVICE MEDAL** to

### COMMANDER TERRY S. MORRIS
### UNITED STATES NAVY

for service as set forth in the following

CITATION:

For outstanding meritorious service while serving as Commanding
Officer on Carrier Airborne Early Warning Squadron ONE TWO THREE
(VAW 123) from July 2006 to September 2007. Commander Morris was
fundamental to the success of Carrier Air Wing ONE (CVW 1) and the
ENTERPRISE Carrier Strike Group as he led the SCREWTOPS to the pinnacle
of honor and recognition as the 2006 Battle Efficiency and CNO Safety
"S" awardees. His innovative tactical skills, coupled with his superb
initiative and exemplary leadership through two squadron deployments
onboard USS ENTERPRISE (CVN 65) prepared the SCREWTOPS, as the premier
airborne command and control asset in the Central Command theater of
operations, to autonomously control all Coalition airpower operating in
over 50,000 square miles of Iraq and southern Afghanistan. As the
senior E-2C Hawkeye Mission Commander, he led his squadron's aircraft
into known surface-to-air threat areas over the Sunni Triangle to ensure
support of COALITION CONVOY Operations. This command and control
support expedited vital air and ground support efforts to Coalition
forces engaged with the enemy and saved countless lives. Commander
Morris' exceptional professionalism, personal initiative, and loyal
devotion to duty reflected great credit upon him and were in keeping
with the highest traditions of the United States Naval Service.

For the President,

D. P. HOLLOWAY
REAR ADMIRAL, UNITED STATES NAVY
COMMANDER, CARRIER STRIKE GROUP TWELVE