

**DEPARTMENT OF THE NAVY**
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

1920
Ser 834/150
12 Apr 17

From: Commander, Navy Personnel Command (PERS-834)
To: CAPT Terry S. Morris, USN, 2199/1320
Via: Commandant, Naval District Washington

Subj: NOTIFICATION OF ADMINISTRATIVE SHOW CAUSE PROCEEDINGS

Ref: (a) COMNAVDIST WASHINGTON ltr 1920 Ser N00J/462 of 15 Dec 16
 (b) SECNAVINST 1920.6C
 (c) MILPERSMAN 1810-020
 (d) MILPERSMAN 1070-170

Encl: (1) Acknowledgment of Rights Form

1. The Show Cause Authority has reviewed your case and determined there is sufficient evidence of record to require you to show cause for retention in the naval service based on your misconduct and substandard performance as outlined in reference (a).

2. Administrative action requiring you to show cause has been initiated in accordance with reference (b) based on your:

   a. Misconduct. Commission of a military or civilian offense, which, if prosecuted under the Uniform Code of Military Justice (UCMJ), could be punished by confinement of six months or more, and any other misconduct which would require specific intent for conviction; specifically, you could have been charged with violation of UCMJ Article 92 (Failure to obey order or regulation) (two specifications).

   b. Substandard Performance of Duty. Inability to maintain adequate levels of performance as evidenced by your failure to conform to prescribed standards of military deportment.

3. Commandant, Naval District Washington has been requested to convene a board of inquiry (BOI) requiring you to show cause for retention in the naval service. The BOI will consider your case even if you decide not to appear before it. Your rights before the BOI and the procedures for such boards are set forth in reference (b), enclosure (8).

4. The least favorable outcome that may be recommended in your case is that your separation be characterized under Other than Honorable conditions and that your retirement grade may be at an inferior pay grade.

5. You may exercise or waive the following rights (see reference (b), enclosure (8) for a full list of your rights):

Subj:  NOTIFICATION OF ADMINISTRATIVE SHOW CAUSE PROCEEDINGS

    a. You may submit, any time before the BOI adjourns for closed deliberations, any matter that you deem pertinent.

    b. You may submit a voluntary retirement request in lieu of show cause proceedings. In the event you choose to submit a voluntary retirement request, your request may be processed for retirement grade determination in accordance with reference (b), enclosure (6), paragraph 2. Reference (c) contains the format for submitting a voluntary retirement request.

    c. You may confer with appointed military counsel, or civilian counsel at no expense to the government.

    d. You may submit a written request for copies of the papers that will be forwarded to the Secretary of the Navy to support the recommendation for separation to NPC_FOIA@navy.mil.

    e. Documents related to your administrative separation processing will become part of your official record. In accordance with reference (d), you have the right to respond to matters submitted into your permanent record that relate to your administrative separation processing.

6. Return enclosure (1) within 10 days of receipt of this letter to your commanding officer. If you intend to tender your retirement request, submit your request with enclosure (1). Failure to exercise your rights or respond within the specified time will constitute a waiver of your rights.

7. Should your separation from the Navy result in your failure to fulfill your obligations under any agreement regarding any kind of incentive or special pay, bonuses, or advanced educational assistance, you may be required to reimburse the government for the unearned balance of that debt.

8. Point of contact is LT Russell; COM: (901) 874-2092; DSN: 882-2092; FAX: (901) 874-2625; Email: PERS-834@navy.mil.

                                          T. G. KORSMO
                                          By direction