1920
22 Aug 17

From: President, Board of Inquiry
To: Commander, Navy Personnel Command
Via: Commandant, Naval District Washington

Subj: RECORD OF PROCEEDINGS IN THE BOARD OF INQUIRY OF CAPT TERRY S. MORRIS, USN

Ref: (a) SECNAVINST 1920.6C
(b) COMNAVPERSCOM ltr 1920 Ser 834/150 of 12 Apr 17

Encl: (1) Summarized Transcript of Board of Inquiry
(2) Government Exhibits 1 - 19
(3) Respondent Exhibits A - K
(4) Report of Findings and Recommendations of the Board of 11 Aug 17
(5) Privacy Act Statement

1. Pursuant to the provisions of references (a) and (b), Commandant, Naval District Washington convened a Board of Inquiry on 11 August 2017 in the case of Captain Terry S. Morris, U.S. Navy. Captain Morris was required to show cause for retention on the basis of misconduct and substandard performance.

2. By a vote of 3 to 0, the board found that a preponderance of the evidence supported a finding that Captain Morris committed misconduct, evidenced by a violation of Article 92 of the Uniform Code of Military Justice (UCMJ) in the case of Ms. Kurta. By a vote of 3 to 0, the board found that a preponderance of the evidence did not support a finding that Captain Morris committed misconduct, evidenced by a violation of Article 92 of the Uniform Code of Military Justice (UCMJ) in the case of Ms. Murcia. By a vote of 3 to 0, the board also found that a preponderance of the evidence supported a finding of substandard performance for this officer by his failure to conform to prescribed standards of military deportment.

3. The board recommended that the Respondent should be separated from the Naval Service on the basis of the Board's findings. Based on the guidance in enclosure (5) of reference (a), the Board recommended that the Respondent receive an Honorable characterization of service. The Board also recommended that Captain Morris retire in the grade of Captain (O-6).

4. In accordance with reference (a), a summary transcript of the proceedings and a copy of all documents and correspondence relating to the convening of the Board are included as enclosures (1) through (5).

J. R. WOLFE
RDML, USN

Copy:
Respondent
Counsel for Respondent
Recorder