

**THE SECRETARY OF THE NAVY**
WASHINGTON DC 20350-1000

MAY 29 2018

From: Secretary of the Navy
To: Deputy Chief of Naval Personnel

Subj: ADMINISTRATIVE SEPARATION AND RETIREMENT GRADE DETERMINATION ICO CAPTAIN TERRY S. MORRIS, USN (b)(6)/1320

Ref: (a) DCNP ltr 1920 Ser 00B/732 of 11 Dec 17
(b) SECNAVINST 1920.6C

1. In response to reference (a) and pursuant to reference (b), I hereby order that Captain Terry S. Morris, USN, be retired from the naval service in the paygrade of Commander/O-5 with an Honorable characterization of service, separation code SNC (unacceptable conduct). Community managed bonuses will be recouped, as applicable.

Richard V. Spencer